# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS GARCIA,<br><br>   Plaintiff,<br><br> v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No. 1:17-cv-01732-SAB<br><br>ORDER GRANTING STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 13) |

On August 14, 2018, the parties filed a stipulation to extend the briefing schedule in this matter. Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff's opening brief shall be filed on or before September 18, 2018;
2. Defendants' opposition shall be filed on or before October 18, 2018; and
3. Plaintiff's reply, if any, shall be filed on or before November 8, 2018.

IT IS SO ORDERED.

Dated: **August 21, 2018**

              UNITED STATES MAGISTRATE JUDGE