UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESUS GARCIA, | ) | Civil No. 1:17-cv-01732-SAB |
| | ) | |
| Plaintiff, | ) | ORDER RE STIPULATION FOR FIRST |
| | ) | EXTENSION OF TIME FOR DEFENDANT |
| v. | ) | TO FILE RESPONSIVE BRIEF |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant's opposition to Plaintiff's opening brief shall be filed on or before November 19, 2018; and

2. Plaintiff's reply, if any, shall be due on or before December 4, 2018.

IT IS SO ORDERED.

Dated: __**October 19, 2018**__

_____
UNITED STATES MAGISTRATE JUDGE

1