# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS GARCIA,<br><br>        Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No.  1:17-cv-01732-SAB<br><br>ORDER RE STIPULATION FOR EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. §§ 1920, 2412(d)<br><br>(ECF No. 22) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that fees and expenses in the amount of four thousand five hundred dollars ($4,500.00) as authorized by 28 U.S.C. § 2412 and 28 U.S.C. § 1920 are awarded subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated:  **February 19, 2019**

_____
UNITED STATES MAGISTRATE JUDGE

1